# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00593-CV

**Comed Medical Systems, Co., Ltd. d/b/a GEMSS Medical and GEMSS North America Inc., f/k/a GEMSS USA Inc., Appellants**

**v.**

**AADCO Imaging, LLC and AADCO Medical Inc., Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT NO. 14-0486-C26, HONORABLE RICK J. KENNON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In this cause, appellants have perfected an interlocutory appeal to challenge a temporary injunction signed by the district court on August 28, 2014. Subsequently, appellants have moved for an "emergency" stay of the temporary injunction pending our resolution of their appeal. We deny that motion.

It is ordered on October 8, 2014.

Before Justices Puryear, Pemberton, and Field